**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MELVIN ERB, on behalf of himself and all others similarly situated, ) | Civil Action No. 1:07-CV-3880-GEL |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION TO ADMIT COUNSEL** |
| v. ) | **PRO HAC VICE** |
| ) | |
| AWB LIMITED and AWB (U.S.A.) ) | |
| LIMITED ) | |
| ) | |
| Defendants. ) | |
| ) | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, A. Arnold Gershon, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice

of

> Chad Allen Carder
> Barrack, Rodos & Bacine
> 3300 Two Commerce Square
> 2001 Market Street
> Philadelphia, PA 19103
> Telephone: (215) 963-0600
> Facsimile: (215) 963-0838

Chad Allen Carder is a member in good standing of the Bar of the Commonwealth of

Pennsylvania and the State of New Jersey. There are no pending disciplinary proceedings

against Chad Allen Carder in any State or Federal Court.

New York, New York
Dated: June 27, 2007

Respectfully submitted,

A. Arnold Gershon (AG-3809)

BARRACK, RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY 10018
Telephone: (212) 688-0782

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MELVIN ERB, on behalf of himself and all others similarly situated, | ) ) ) | Civil Action No. 1:07-CV-3880-GEL |
| Plaintiff, | ) ) ) | **AFFIDAVIT OF A. ARNOLD** |
| v. | ) ) ) | **GERSHON IN SUPPORT OF MOTION** **TO ADMIT COUNSEL PRO HAC VICE** |
| AWB LIMITED and AWB (U.S.A.) LIMITED | ) ) ) | |
| Defendants. | ) ) ) | |

State of New York    )
                            )    ss.:
County of New York  )

A. Arnold Gershon, being duly sworn, hereby deposes and says as follows:

1.    I am a partner at Barrack, Rodos & Bacine, counsel for Plaintiff Melvin Erb in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Chad Allen Carder as counsel pro hac vice to represent Plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1966. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3.    I have known Chad Allen Carder since 2006.

4.    Chad Allen Carder is an associate with Barrack, Rodos & Bacine in Philadelphia, Pennsylvania.

5.    I have found Chad Allen Carder to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Chad Allen Carder, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Chad Allen Carder, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Chad Allen Carder, pro hac vice, to represent Plaintiff Melvin Erb in the above captioned matter, be granted.

Sworn to before me
this 27 day of June 2007

_____
NOTARY PUBLIC

B. JENNIFER JAFFEE
Notary Public, State of New York
No. 02JA4743061
Qualified in New York County
Commission Expires Aug. 1, 20__

A. Arnold Gershon (AG-3809)



Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Chad Allen Carder, Esq.*

**DATE OF ADMISSION**

*November 7, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  June 1, 2007**

John W. Person, Jr., Esq.
Deputy Prothonotary

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **CHAD ALLEN CARDER**
(No.  **027092002**  ) was constituted and appointed an Attorney at Law of New Jersey on **December 20, 2002** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **31ST** day of **May** , 20 **07**

Clerk of the Supreme Court

-453a-

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MELVIN ERB, on behalf of himself and all others similarly situated, ) | Civil Action No. 1:07-CV-3880-GEL |

MELVIN ERB, on behalf of himself          )
and all others similarly situated,              )          Civil Action No. 1:07-CV-3880-GEL
                                                            )
                 Plaintiff,                         )
                                                            )          **ORDER FOR ADMISSION**
                                                            )          **PRO HAC VICE ON WRITTEN**
                 v.                                     )          **MOTION**
                                                            )
AWB LIMITED and AWB (U.S.A.)        )
LIMITED                                            )
                                                            )
                 Defendants.                     )
                                                            )

Upon the motion of A. Arnold Gershon, attorney for Plaintiff Melvin Erb, and said sponsor

attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Chad Allen Carder
> Barrack, Rodos & Bacine
> 3300 Two Commerce Square
> 2001 Market Street
> Philadelphia, PA 19103
> Telephone: (215) 963-0600
> Facsimile: (215) 963-0838
> Email: ccarder@barrack.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

forward the pro hac vice fee to the Clerk of Court.

Dated:

_____
UNITED STATES DISTRICT JUDGE