**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| MELVIN ERB, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| AWB LIMITED and AWB (U.S.A.) LIMITED | ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 1:07-CV-3880-GEL

**ORDER FOR ADMISSION**
**PRO HAC VICE ON WRITTEN**
**MOTION**

Upon the motion of A. Arnold Gershon, attorney for Plaintiff Melvin Erb, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Jeffrey B. Gittleman
> Barrack, Rodos & Bacine
> 3300 Two Commerce Square
> 2001 Market Street
> Philadelphia, PA 19103
> Telephone: (215) 963-0600
> Facsimile: (215) 963-0838
> Email: jgittleman@barrack.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 23, 2007

_____
UNITED STATES DISTRICT JUDGE