SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN ERB, on behalf of himself )
and all others similarly situated, )
) Civil Action No. 1:07-CV-3880-GEL
)
Plaintiff, )
)
) **MOTION TO ADMIT COUNSEL**
v. ) **PRO HAC VICE**
)
AWB LIMITED and AWB (U.S.A.) )
LIMITED )
)
Defendants. )



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/07

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, A. Arnold Gershon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> Jeffrey B. Gittleman
> Barrack, Rodos & Bacine
> 3300 Two Commerce Square
> 2001 Market Street
> Philadelphia, PA 19103
> Telephone: (215) 963-0600
> Facsimile: (215) 963-0838

Jeffrey B. Gittleman is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey. There are no pending disciplinary proceedings against Jeffrey B. Gittleman in any State or Federal Court.

New York, New York
Dated: June 27, 2007

SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.
7/30/07

Respectfully submitted,

_____
A. Arnold Gershon (AG-3809)

BARRACK, RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY 10018
Telephone: (212) 688-0782