SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELVIN ERB, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AWB LIMITED and AWB (U.S.A.) LIMITED<br><br>Defendants. | Civil Action No. 1:07-CV-3880-GEL<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, A. Arnold Gershon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> Chad Allen Carder
> Barrack, Rodos & Bacine
> 3300 Two Commerce Square
> 2001 Market Street
> Philadelphia, PA 19103
> Telephone: (215) 963-0600
> Facsimile: (215) 963-0838

Chad Allen Carder is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey. There are no pending disciplinary proceedings against Chad Allen Carder in any State or Federal Court.

New York, New York
Dated: June 27, 2007

**SO ORDERED**

_____
GERARD E. LYNCH, U.S.D.J.
7/30/07

Respectfully submitted,

_____
A. Arnold Gershon (AG-3809)

BARRACK, RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY 10018
Telephone: (212) 688-0782