## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN BOYD, VERYL SWITZER, GILLIAN ALEXANDER, ROD BRADSHAW, WILBURT HOWARD, PAT DAILEY, MELVIN ERB and DENNIS BROTHERS, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07-cv-3007 |
| v. | ) ) | |
| AWB LIMITED and AWB (U.S.A.) LIMITED, | ) ) ) | |
| Defendants. | ) ) | |

## <u>NOTICE OF CHANGE OF FIRM AFFILIATION</u>

Please take note that Michael P. Lehmann, previously associated with Furth, Lehmann & Grant, LLP, counsel for Plaintiffs, is now associated with Cohen, Milstein, Hausfeld & Toll, P.L.L.C., also counsel for Plaintiffs. His new contact information is:

Michael P. Lehmann
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
One Embarcadero Center, Suite 526
San Francisco, CA 94111
Phone: 415-623-2048
Fax: 415-623-2049
E-mail: mlehmann@cmht.com

Respectfully submitted,

By:            /s/      Seth R. Gassman

Seth R. Gassman (SG-8116)
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
150 East 52nd Street, Thirtieth Floor
New York, NY 10022
Tel: 212-838-7797
Fax: 212-838-7745

Michael D. Hausfeld
Benjamin D. Brown
Hilary K. Ratway
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4669
Email: mhausfeld@cmht.com
Email: dsmall@cmht.com
Email: hratway@cmht.com

*Counsel for Plaintiffs John Boyd,
Veryl Switzer, Gillan Alexander,
Rod Bradshaw, Wilburt Howard and
Pat Dailey.*

## CERTIFICATE OF SERVICE

I, SETH R. GASSMAN, certify that I served a true and correct copy of the

foregoing Notice of Change of Firm Affiliation by First Class Mail on this __ day of August,

2007 upon the following counsel of record:

| | |
|---|---|
| Gerald J. Rodos, Esq.<br>Mark R. Rosen, Esq.<br>Jeffrey B. Gittleman, Esq.<br>Chad A. Carder, Esq.<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone (215) 963-0600<br>Telecopy (215) 963-0838 | L. Palmer Foret, Esq.<br>THE LAW FIRM OF L. PALMER FORET, PC<br>1735 20th Street, NW<br>Washington, DC 20009<br>Telephone (202) 332-2404<br>Telecopy (202) 332-2808 |
| A. Arnold Gershon, Esq.<br>Gloria Kui, Esq.<br>BARRACK, RODOS & BACINE<br>1350 Broadway, Suite 1001<br>New York, NY 10018<br>Telephone (212) 688-0782 | Bruce L. Simon, Esq.<br>Gary S. Soter, Esq.<br>PEARSON, SIMON, WARSHAW, PENNY, LLP<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>Telephone (415) 433-9000<br>Telecopy (415)433-9008 |
| Anthony J. Bolognese, Esq.<br>Joshua H. Grabar, Esq.<br>BOLOGNESE & ASSOCIATES, LLC<br>One Penn Center<br>1617 JFK Boulevard, Suite 650<br>Philadelphia, PA 19103<br>Telephone: (215) 814-6750<br>*Counsel for Plaintiff Melvin Erb* | Roberta D. Liebenberg, Esq.<br>Donald L. Perelman, Esq.<br>FINE, KAPLAN & BLACK, RPC<br>1835 Market Street, 28th Floor<br>Philadelphia, Pennsylvania 19103<br>Telephone (215) 567-6565<br>Telecopy (215) 568-5872<br><br>*Counsel for Plaintiffs John Boyd, Veryl Switzer,*<br>*Gillan Alexander, Rod Bradshaw, Wilburt Howard*<br>*and Pat Dailey.* |

Steven A. Asher, Esq.
Mindee J. Reuben, Esq.
WEINSTEIN KITCHENOFF & ASHER
LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
Telephone (215) 545-7200
Telecopy (215) 545-6535

Joseph C. Kohn
KOHN, SWIFT & GRAF, PC
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone (215) 238-1700
Telecopy (215) 238-1968

W. Joseph Bruckner
Richard A. Lockridge
Lisa M. Pollard
LOCKRIDGE GRINDAL NAUEN PLLP
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401
Telephone (612) 339-6900
Telecopy (612) 339-0981

Thomas S. McNamara
INDIK & MCNAMARA, PC
100 South Broad Street
Suite 2300
Philadelphia, PA 19110
Telephone (215) 567-7125
Telecopy (215) 563-8330

*Counsel for Plaintiff Dennis Brothers*

Robert H. Baron, Esq.
Timothy G. Cameron, Esq.
Members of the Firm
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone (212) 474-1000

*Counsel for Defendants AWB Limited and AWB
(U.S.A.) Limited*

/s/ Seth R. Gassman
Seth R. Gassman